**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COY BROOKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>WEBTOON ENTERTAINMENT INC., JUNKOO KIM, DAVID J. LEE, HAEJIN LEE, NAMSUN KIM, JUN MASUDA, ISABELLE WINKLES, NANCY DUBUC, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, EVERCORE GROUP L.L.C., DEUTSCHE BANK SECURITIES INC., UBS SECURITIES LLC, HSBC SECURITIES (USA) INC., RAYMOND JAMES & ASSOCIATES, INC., and LIONTREE ADVISORS LLC,<br><br>        Defendants. | CASE NO. 2:24-cv-07553 CBM (RAOx)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFFS' COMPLAINT AND DEFENDANTS' ANSWER OR OTHERWISE RESPONSE [9]**<br><br>Complaint Filed Date:  September 5, 2024<br><br>Judge:      Consuelo B. Marshall |

ORDER GRANTING JOINT STIPULATION
TO CONTINUE HEARING DATE

Before the Court is the Parties' Joint Stipulation Regarding Plaintiffs' Complaint and Defendants' Answer or Otherwise Response ("Joint Stipulation"). Having reviewed the stipulation and finding good cause, the Court **GRANTS** the Joint Stipulation.

1.      Within fourteen (14) days of entry of the Order appointing lead plaintiff and lead counsel, the Court-appointed lead plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto.

2.      Defendants shall not be required to answer, move, or otherwise respond to the current Complaint.

3.      Nothing in the Joint Stipulation is intended to waive or affect any rights, claims, defenses, objections, or arguments that any party may have with respect to any matter, other than those expressly addressed and agreed upon above.

**IT IS SO ORDERED.**

DATED:  OCTOBER 10, 2024

The Hon. Consuelo B. Marshall
United States District Judge

---

1

ORDER GRANTING JOINT STIPULATION
TO CONTINUE HEARING DATE