John T. Jasnoch (CA 281605)
jjasnoch@scott-scott.com
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508

*Attorneys for Lead Plaintiff Movant
Walter Beck*

[Additional Counsel on Signature Page.]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COY BROOKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                            Plaintiff,<br><br>          v.<br><br>WEBTOON ENTERTAINMENT INC., JUNKOO KIM, DAVID J. LEE, HAEJIN LEE, NAMSUN KIM, JUN MASUDA, ISABELLE WINKLES, NANCY DUBUC, GOLDMAN SACHS & CO. LLC, MORGAN STANLEY & CO. LLC, J.P. MORGAN SECURITIES LLC, EVERCORE GROUP L.L.C., DEUTSCHE BANK SECURITIES INC., UBS SECURITIES LLC, HSBC SECURITIES (USA) INC., RAYMOND JAMES & ASSOCIATES, INC., and LIONTREE ADVISORS LLC,<br><br>                            Defendants. | Case No.: 2:24-cv-07553-CBM-RAO<br><br>**NOTICE OF ERRATA**<br><br>Judge: Consuelo B. Marshall<br>Magistrate Judge: Rozella A. Oliver<br>Date: December 3, 2024<br>Time: 10:00 A.M.<br>Courtroom: 8D<br><br>Complaint Filed:  September 5, 2024 |

Walter Beck ("Movant") respectfully submits this errata to Docket Nos. 34, 35, and 36, which were filed on November 4, 2024.

Docket No. 34 contains the Declaration of John T. Jasnoch in Support of Motion of Lead Plaintiff Movant Walter Beck for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Declaration") and exhibits thereto, which were filed under the Memorandum in Support of Motion event rather than the Declaration (Motion related) event.

Movant is concurrently filing a corrected Declaration and requests that Docket No. 34 be deleted and stricken from the record.

Docket No. 35 contains the Notice of Motion and Motion of Lead Plaintiff Movant Walter Beck for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Notice of Motion and Motion"), as well as the [Proposed] Order Granting Motion by Walter Beck for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Proposed Order"). These documents were filed under the Notice of Motion event rather than the Notice of Motion and Motion event.

Movant is concurrently filing a corrected Notice of Motion and Motion and Proposed Order and requests that Docket No. 35 be deleted and stricken from the record.

Docket No. 36 contains the Memorandum of Law in Support of Motion of Lead Plaintiff Movant Walter Beck for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Memorandum"). This document was not filed as related to the Notice of Motion and Motion.

Movant is concurrently filing a corrected Memorandum and requests that Docket No. 36 be deleted and stricken from the record.

DATED: November 5, 2024        Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

1

*/s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

Thomas L. Laughlin, IV (*pro hac vice* forthcoming)
Nicholas S. Bruno (*pro hac vice* forthcoming)
The Helmsley Building
230 Park Ave., 24th Fl.
New York, NY 10169
Telephone: 212-223-6444
Facsimile:  212-223-6334
tlaughlin@scott-scott.com
nbruno@scott-scott.com

*Counsel for Lead Plaintiff Movant Walter Beck and Proposed Lead Counsel*

**THE SCHALL LAW FIRM**
Brian J. Schall
Rina Restaino
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: 310-301-3335
Facsimile:  310-388-0192
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant Walter Beck*

2