Austin Norris (SBN 284603)
austin.norris@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900

*Attorney for WEBTOON and the*
*Individual Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

COY BROOKMAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

WEBTOON ENTERTAINMENT INC., et al.,

Defendants.

Case No. 2:24-cv-07553-CBM-RAO

**DECLARATION OF AUSTIN NORRIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT WITH PREJUDICE**

Complaint Filed:
September 5, 2024

Consolidated Complaint Filed:
February 3, 2025

Judge:       Consuelo B. Marshall
Hearing:     April 22, 2025
Time:        10:00 a.m.
Courtroom:   8D

**DECLARATION OF AUSTIN NORRIS**

## <u>DECLARATION OF AUSTIN NORRIS</u>

I, Austin Norris, declare as follows:

1.      I am a partner at Kirkland & Ellis LLP and am one of the attorneys representing Defendants WEBTOON Entertainment Inc., Junkoo Kim, David J. Lee, Haejin Lee, Namsum Kim, Jun Masuda, Isabelle Winkles, and Nancy Dubuc in this action. I submit this declaration in support of the Defendants' Motion to Dismiss Plaintiff's Consolidated Complaint with Prejudice. I have personal knowledge of the facts stated in this declaration.

2.      A true and correct copy of an appendix reflecting the alleged misstatements in the Complaint, along with their related cautionary disclosures, is attached as **Exhibit 1**.

3.      A true and correct copy of an appendix reflecting the Japanese yen, Korean won, and U.S. dollar currency exchange rates for October 1, 2023 through September 30, 2024, based on public information sourced from Exchange-Rates.org, is attached as **Exhibit 2**.

4.      A true and correct copy of WEBTOON's Prospectus, publicly filed with the SEC on June 27, 2024, is attached as **Exhibit 3**.

5.      A true and correct copy of WEBTOON's Q2 2024 Form 10-Q, publicly filed with the SEC on August 12, 2024, is attached as **Exhibit 4**.

6.      A true and correct copy of WEBTOON's August 8, 2024 Press Release is attached as **Exhibit 5**.

7.      A true and correct copy of the transcript of WEBTOON's Q2 2024 earnings call on August 8, 2024 is attached as **Exhibit 6**.

8.      A true and correct copy of WEBTOON's Q3 2024 Form 10-Q, publicly filed with the SEC on November 12, 2024, is attached as **Exhibit 7**.

9.      On February 21, 2025, consistent with L.R. 7-3, the parties met and conferred by telephone to discuss the issues Defendants intended to raise in their

Motion to Dismiss. The parties were not able to resolve their disagreements by meeting and conferring.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2025 at Los Angeles, California.

/s/ Austin Norris
Austin Norris

2
**DECLARATION OF AUSTIN NORRIS**