# EXHIBIT 1

## APPENDIX – CHALLENGED STATEMENTS IN REGISTRATION STATEMENT[1]

| Compl. ¶ | Topic | Alleged False Statement | Bases for Dismissal |
|---|---|---|---|
| 57 | MAU | "We have demonstrated ***durable and consistent growth*** across regions, but we typically see higher activity in the third quarter of the calendar year due to the seasonal impact of global vacation and our users' holiday schedules, although the impact of seasonality varies across geographies." (p.89) | • Corporate Puffery<br><br>• Not False or Misleading<br><br>• Statement About Accurate Historical Data<br><br>• No Duty to Disclose Interim Data |
| 58 | MAU | "We have a ***scaled*** and global user base of ***approximately 170 million*** monthly active users in more than 150 different countries as of the quarter ended March 31, 2024…. While we may be unable to maintain or increase our user base if we fail to anticipate, understand or respond to market trends and rapidly evolving user preferences, particularly among the younger generation, our current user base is young, balanced from a gender diversity perspective, digitally native and highly indexed to Gen Z and millennials." (p.12) | • Not False or Misleading<br><br>• Statement About Accurate Historical Data<br><br>• No Duty to Disclose Interim Data |

[1]    The bolded language in this Appendix indicates the language that the Complaint alleges is false or misleading.

| Compl. ¶ | Topic | Alleged False Statement | Bases for Dismissal |
|---|---|---|---|
| 58 | MAU | "As of the quarter ended March 31, 2024, our global MAU have **stabilized** to reach **approximately 170 million**." (p.89) | • Not False or Misleading<br><br>• Statement About Accurate Historical Data<br><br>• No Duty to Disclose Interim Data |
| 58 | MAU | "In Korea, our MAU have reached 24.7 million **displaying a generally stable trend with modest fluctuations**…. In the first quarter of 2023, we saw a temporary drop in web-based MAU due to changes in organic traffic sources, but this started to improve from the second quarter onwards. The last quarter of 2023 experienced a decline in MAU due to a temporary slowdown in our web-novel business. Moving into the first quarter of 2024, there has been a modest year-over-year improvement…." (p.89) | • Corporate Puffery<br><br>• Not False or Misleading<br><br>• Statement About Accurate Historical Data<br><br>• No Duty to Disclose Interim Data |
| 59 | MAU | "We experienced a temporary spike in users in the first half of 2022 following significant marketing campaigns including a collaboration with BTS. This was followed by a modest decline as we **entered a period of** | • Corporate Puffery<br><br>• Not False or Misleading |

2

| Compl. ¶ | Topic | Alleged False Statement | Bases for Dismissal |
|---|---|---|---|
|  |  | *stabilization* and optimized marketing spend, focusing on key select growth markets including North America. ***Starting from the third quarter of 2023, we observed rebound of our MAU, driven by organic user growth and a clear focus on prioritizing our core markets***. Within Rest of World, WEBTOON North America MAU were 7.7 million as of the quarter ended March 31, 2024. ***This sets the stage for significant opportunities to drive user growth*** through targeted, high-return paid marketing campaigns." (p.89) | • Statement About Accurate Historical Data<br><br>• Forward-Looking Statement<br><br>• No Duty to Disclose Interim Data |
| 61 | Revenue/ ARPPU | "In 2023, ***our growth was driven by our Paid Content business, advertising in Japan, and successful IP Adaptations in Korea***…. In the third quarter of 2023, we saw a ***modest*** quarter-over-quarter ***decline*** due to our strategic decision to divest SERIES ON … and a temporary slowdown of Korea's web-novel business observed in the second half of 2023. Our IP Adaptations revenue was primarily concentrated in the fourth quarter of 2023 … From the fourth quarter of 2023, our ***strategic adjustments to focus on core businesses and prioritize our core markets had stabilized, and operations returned to normal***, underscoring our ability to effectively execute our transformation plans." (p.110) | • Corporate Puffery<br><br>• Not False or Misleading<br><br>• Statement About Accurate Historical Data |
| 62 | Revenue/ ARPPU | "We have a ***substantial*** market opportunity in ***growing our Paid Content revenue by attracting more users***, driving higher engagement and paying ratio, ***and*** | • Corporate Puffery |

3

| Compl. ¶ | Topic | Alleged False Statement | Bases for Dismissal |
|---|---|---|---|
| | | *increasing our average paid content revenue per paying user (ARPPU)*. We believe we are creating and driving the growth of the overall category of web-comics and web-novels globally." (p.140) | • Not False or Misleading<br><br>• Forward-Looking Statement |
| 62 | Revenue/ ARPPU | "Our *total monthly Paid Content ARPPU has increased over time* as our users explored more titles and purchased more episodes behind our paywall. In Korea, our monthly Paid Content ARPPU declined in the last two quarters of 2023 because of a slowdown in demand of the titles produced by Korea's web-novel business as several key titles concluded and went on break around the same time." (p.93) | • Not False or Misleading<br><br>• Statement About Accurate Historical Data |
| 63 | Revenue/ ARPPU | "Our user base is also highly engaged: in the quarter ended March 31, 2024, readers spent on average 26 minutes, 39 minutes, 28 minutes and 57 minutes per day on WEBTOON Korea, LINE MANGA, WEBTOON North America and Wattpad, respectively, and the *average user spent $11.5 on Paid Content per month in the quarter ended March 31, 2024*. While we may be unable to maintain or increase our user base if we fail to anticipate, understand or respond to market trends and rapidly evolving user preferences, particularly among the younger generation, our current user base is young, balanced from a gender diversity perspective, digitally | • Not False or Misleading<br><br>• Statement About Accurate Historical Data |

4

| Compl. ¶ | Topic | Alleged False Statement | Bases for Dismissal |
|---|---|---|---|
|  |  | native and highly indexed to Gen Z and millennials." (p.12) |  |
| 64 | Revenue/ ARPPU | "*Accelerate the growth of our advertising business* by enhancing our advertising products and reaching new advertisers. We plan to continue to invest in enhancing and diversifying our advertiser product offerings, including engaging and interactive advertising formats, as well as more targeted ad products leveraging the data we have." (p.146) | • Corporate Puffery<br><br>• Not False or Misleading<br><br>• Forward-Looking Statement |
| 64 | Revenue/ ARPPU | "Our *high-intent, sought-after user base attracts advertisers*. Our advertising revenue has increased from $145.1 million in the year ended December 31, 2022 to $145.5 million in the year ended December 31, 2023. We *believe that we have the opportunity to increase advertising revenue as we continue to innovate our advertising products and capture an increasing portion of the $680 billion digital advertising market globally*. We will also continue to invest in optimization and measurement capabilities to better align with our advertising partners' objectives. We believe *growth in advertising revenue will come from both existing advertising partners already on our platform, as well as acquisition of new advertising partners as we expand our advertising products*." (p.143) | • Corporate Puffery<br><br>• Not False or Misleading<br><br>• Statement About Accurate Historical Data<br><br>• Statement of Belief<br><br>• Forward-Looking Statement |

5

| Compl. ¶ | Topic | Alleged False Statement | Bases for Dismissal |
|---|---|---|---|
| 65 | Revenue/ ARPPU | "*We intend to continue to diversify our monetization strategy and increase revenues from IP Adaptations, which may not be successful.* We currently generate a substantial majority of our revenues from Paid Content distribution. We also generate a portion of our revenues from online advertising. We ***plan to strengthen revenue contribution from our other monetization methods***, such as monetizing content on our platform via adaptations into film, streaming series and other rich media format…." (p.33) | • Corporate Puffery<br><br>• Not False or Misleading<br><br>• Forward-Looking Statements |
| 65 | Revenue/ ARPPU | "IP Adaptations, including originally produced films, streaming series, video games, print books and merchandise, ***presents a significant additional market opportunity for our businesses***…. ***We believe*** that as our library continues to grow, and we continue to invest in the capabilities to produce IP Adaptations either in-house or with third-party partners, ***we can capture an increasing portion of the over \$900 billion global entertainment industry*** consisting of the following categories…" (p.143) | • Corporate Puffery<br><br>• Not False or Misleading<br><br>• Statement of Belief<br><br>• Forward-Looking Statement |
| 65 | Revenue/ ARPPU | "*Diversified Business Model.* We generate revenue in multiple ways. In the year ended December 31, 2023, 80.2% of our revenue was from Paid Content, 11.3% was from advertising and 8.4% was from IP Adaptations. Even though we are in the early stage of our adaptation business and have a limited experience in generating | • Corporate Puffery<br><br>• Not False or Misleading<br><br>• Statement of Belief |

6

| Compl. ¶ | Topic | Alleged False Statement | Bases for Dismissal |
|---|---|---|---|
| | | substantial revenues from such adaptations, *we believe we can further diversify our monetization strategy through IP Adaptations*.” (p.12) | • Forward-Looking Statement |
| 67 | Risk Disclosures<br><br>Currency Exchange Rate Fluctuations | “Our revenue is generated globally in multiple currencies, primarily the Korean won, Japanese yen and U.S. dollar. Our results of current and future operations and cash flows are therefore subject to fluctuations due to changes in foreign currency exchange rates. *As the impact of foreign currency exchange rates has not been material to our historical operating results*, we have not entered into derivative or hedging transactions, but we may do so in the future if our exposure to foreign currency becomes more significant.” (p.118) | • Not False or Misleading<br><br>• Statement About Accurate Historical Data<br><br>• Materialized Risk Disclosed<br><br>• Inherent Business Risk<br><br>• Publicly-Available Information |
| 70 | Risk Disclosures<br><br>Revenue/ ARPPU | “Our growth may decline in the future as a result of a variety of factors, *including slowing demand for our platform, insufficient growth in the number of creators and users that use our platform*, increased competition, insufficient growth of our overall market, our inability to continue to capitalize on growth opportunities, increasing regulatory costs and the maturation of our business. We believe that the growth of our business depends on a number of factors … We may not successfully | • Materialized Risk Disclosed<br><br>• Inherent Business Risk |

| Compl. ¶ | Topic | Alleged False Statement | Bases for Dismissal |
|---|---|---|---|
| | | accomplish any of these objectives, or such changes may not be favorable to us, and, as a result, it is difficult for us to forecast our future results of operations. If the assumptions that we use to plan our business are incorrect or change in reaction to changes in our market, *or if we are unable to maintain revenue growth*, our stock price could decline…" (p.28) | |
| 71 | Risk Disclosures | "We have experienced, and expect to continue to experience, fluctuations and declines in the size of our user base in one or more markets from time to time, particularly in markets where we have achieved higher penetration rates. Any *future declines in the size of our user base may adversely impact our financial performance*." (p.29) | • Materialized Risk Disclosed<br><br>• Inherent Business Risk |
| 74 | Risk Disclosures<br><br>Currency Exchange Rate Fluctuations | "*Our results of operations, which are reported in U.S. dollars, could be adversely affected if currency exchange rates fluctuate substantially in the future*. As we continue to expand our international operations, we become more exposed to the effects of fluctuations in currency exchange rates. Fluctuations in the exchange rates between the U.S. dollar and other currencies could result in the dollar equivalent of our expenses being higher, which may not be offset by additional revenue earned in the local currency. This *could have a negative impact on our reported results of operations*. To date, we have not engaged in any hedging strategies, and any | • Not False or Misleading<br><br>• Statement About Accurate Historical Data<br><br>• Materialized Risk Disclosed<br><br>• Inherent Business Risk |

8

| Compl. ¶ | Topic | Alleged False Statement | Bases for Dismissal |
|---|---|---|---|
| | | such strategies, such as forward contracts, options and foreign exchange swaps related to transaction exposures that we may implement in the future to mitigate this risk may not eliminate our exposure to foreign exchange fluctuations." (p.47) | • Publicly-Available Information |

9

## APPENDIX – CAUTIONARY LANGUAGE IN REGISTRATION STATEMENT

| Topic | Section | Cautionary Language |
|---|---|---|
| Growth | Risk Factors (pp. 28–75) | "We have experienced rapid growth in our business and revenue in recent periods. *You should not rely on our historical growth rates as an indication of our future performance*." (p.28) |
| Growth | Risk Factors (pp. 28–75) | "*Our growth may decline in the future as a result of a variety of factors*, including *slowing demand for our platform*, insufficient growth in the number of creators and users that use our platform, increased competition, *insufficient growth of our overall market*, our inability to continue to capitalize on growth opportunities, increasing regulatory costs and the maturation of our business." (p.28) |
| Growth | Risk Factors (pp. 28–75) | "*Our growth depends on our ability to retain, attract and engage with our users, and our ability to anticipate, understand and respond appropriately to market trends and rapidly changing user preferences in a timely manner*." (p.29) |
| Growth | Risk Factors (pp. 28–75) | "*Our future growth depends on our ability to continue innovating our platform to offer attractive features and safe and civil experiences for our creators and users*." (p.34) |
| Net Income | Risk Factors (pp. 28–75) | "*We have a history of net losses, and we anticipate increasing expenses in the future, and we may not achieve or maintain profitability*. You should consider our business and prospects in light of the risks, expenses and difficulties encountered by companies in their early stage of development." (p.36) |

| Topic | Section | Cautionary Language |
|---|---|---|
| MAU | Risk Factors (pp. 28–75) | "The size of our user base and our users' level of engagement are critical to our success, and ***our financial performance has been, and will continue to be, significantly determined by our success in retaining, attracting and engaging MAU*** and converting them into MPU." (p.29) |
| MAU | Risk Factors (pp. 28–75) | "***We have experienced, and expect to continue to experience, fluctuations and declines in the size of our user base*** in one or more markets from time to time, particularly in markets where we have achieved higher penetration rates. ***Any future declines in the size of our user base may adversely impact our financial performance***." (p.29) |
| MAU | Risk Factors (pp. 28–75) | "A number of other online content platforms or social platforms that achieved early popularity ***have seen the sizes of their user bases or levels of engagement subsequently decline, in some cases precipitously***." (p.30) |
| MAU | Risk Factors (pp. 28–75) | "***There is no guarantee that we will not experience an erosion of our user base or a decline in engagement levels***. A decrease in user retention, growth or engagement could negatively impact our revenue from users and render our platform less attractive to our creators and our platform advertisers, thereby reducing our revenues, which could adversely affect our business, financial condition and results of operations." (p. 30) |
| MAU | Risk Factors (pp. 28–75) | "***We operate in highly competitive markets***, and we face ***significant competition*** to attract and empower our creators and users." (p.31) |
| MAU | Risk Factors (pp. 28–75) | "***Many of our existing competitors have***, and some of our potential competitors could have, ***substantial competitive advantages*** ...." (p.31) |

11

| Topic | Section | Cautionary Language |
|---|---|---|
| ARPPU | Risk Factors (pp. 28–75) | "*We may not be able to maintain or continue to increase our paying ratio to achieve expected Paid Content revenues*. If we fail to cater to the fast changing needs and preferences of our users ... and, as a result, fail to deliver suitable content and a satisfactory user experience, our paying users will not find our Paid Content attractive …." (p.31) |
| ARPPU | Risk Factors (pp. 28–75) | "*The success of our business depends largely on our ability to generate sufficient paying user traffic* through engaging content so as to retain existing and attract new users that are willing to pay for the Paid Content. Among all users who use our platform in any period, only a small percentage of such users are paying users." (p.31) |
| ARPPU | Risk Factors (pp. 28–75) | "*There can be no assurance that we will be able to retain or increase paying users or that paying users will maintain or increase their spending*. It is possible that we could lose more paying users than we gain in the future, which would cause a decrease in the monetization of our content and could adversely affect our business, financial condition and results of operations." (p.31) |
| Revenue | Risk Factors (pp. 28–75) | "*Our business is affected by seasonal demands, and our quarterly operations results fluctuate as a result*." (p.47) |
| Advertising | Risk Factors (pp. 28–75) | "*Our growth depends on our ability to innovate and expand our advertising business and to develop effective advertising products*." (p.32) |

| Topic | Section | Cautionary Language |
|---|---|---|
| Advertising | Risk Factors (pp. 28–75) | "*Most of our advertisers do not have long-term commitments with us, and many of our advertisers can terminate their contracts with us at any tim*e…. If we are unable to provide advertisers with a suitable return on investment, the demand for our advertisements may not increase, or may decline, which may impact our revenue and financial results." (p.32–33) |
| Advertising | Risk Factors (pp. 28–75) | "*We cannot assure you that we will be able to retain existing advertisers or attract new ones*. If we are unable to retain and enhance our relationships with advertisers, our business, financial condition and results of operations could be adversely affected." (p.33) |
| Advertising | Risk Factors (pp. 28–75) | "*[M]any advertisers allocate the largest portion of their budgets to the fourth quarter of the calendar year* to coincide with increased holiday purchasing. As we continue to diversify our sources of revenues, and in particular increase revenues from advertising, *the seasonal impacts may be more pronounced in the future or different altogether*." (p.47) |
| IP Adaptations | Risk Factors (pp. 28–75) | "*We intend to continue to diversify our monetization strategy and increase revenues from IP Adaptations, which may not be successful*." (p.33) |
| IP Adaptations | Risk Factors (pp. 28–75) | "We are in the *early stage of our adaptation business and have a limited track record of, or experience in, generating substantial revenues from such adaptations*. If our adaptation initiative does not enhance our monetization ability or enable us to develop new approaches to monetization, we may not be able to substantially increase our revenues or recover any associated costs." (p.33) |

| Topic | Section | Cautionary Language |
|---|---|---|
| IP Adaptations | Risk Factors (pp. 28–75) | "Moreover, we *may fail to effectively identify and develop popular content on our platform with adaptation potential*, properly maintain our existing business relationship with our intellectual property adaptation partners in the future or develop new business relationships, our intellectual property adaptation partners may be less likely to source content from and develop business cooperation with us, *the occurrence of which could adversely affect our business, financial condition and results of operations*." (p.33) |
| IP Adaptations | Management's Discussion and Analysis of Financial Condition and Results of Operations (pp. 85–122) | "Our *ability to generate revenue depends on the demand for our creators' intellectual property from the entertainment industry and our ability to negotiate attractive terms vis-à-vis media partners*." (p.98) |
| Currency Exchange Rate Fluctuations | Risk Factors (pp. 28–75) | "*We face a variety of risks associated with conducting business around the world, and these risks will increase as we continue to expand our presence into new geographic markets* ... including ... *currency devaluations in jurisdictions experiencing high inflation rates or significant currency exchange fluctuations*." (p.34) |
| Currency Exchange Rate Fluctuations | Risk Factors (pp. 28–75) | "*Our results of operations, which are reported in U.S. dollars, could be adversely affected if currency exchange rates fluctuate substantially in the future*." (p.47) |

| Topic | Section | Cautionary Language |
|---|---|---|
| Currency Exchange Rate Fluctuations | Risk Factors (pp. 28–75) | "As we continue to expand our international operations, *we become more exposed to the effects of fluctuations in currency exchange rates*.... *Fluctuations in the exchange rates between the U.S. dollar and other currencies could result in the dollar equivalent of our expenses being higher, which may not be offset by additional revenue earned in the local currency*." (p.47) |
| Currency Exchange Rate Fluctuations | Risk Factors (pp. 28–75) | "To date, we have not engaged in any hedging strategies, and any such strategies, such as forward contracts, options and foreign exchange swaps related to transaction exposures that we may implement in the future to mitigate this risk *may not eliminate our exposure to foreign exchange fluctuations*. Moreover, the use of hedging instruments may introduce additional risks if we are unable to structure effective hedges with such instruments." (p.47) |
| Currency Exchange Rate Fluctuations | Management's Discussion and Analysis of Financial Condition and Results of Operations (pp. 85–122) | "Our revenue is generated globally in multiple currencies, primarily the Korean won, Japanese yen and U.S. dollar. *Our results of current and future operations and cash flows are therefore subject to fluctuations due to changes in foreign currency exchange rates*. As the impact of foreign currency exchange rates has not been material to our historical operating results, we have not entered into derivative or hedging transactions, but *we may do so in the future if our exposure to foreign currency becomes more significant*." (p.118) |

15