# EXHIBIT 2

## APPENDIX – CHARTS OF CURRENCY CONVERSION RATES[1]

## CONVERSION RATE – JAPANESE YEN TO U.S. DOLLAR

| Date | Japanese Yen to US Dollar |
|---|---|
| October 2, 2023 | 0.006675 |
| October 3, 2023 | 0.006709 |
| October 4, 2023 | 0.006714 |
| October 5, 2023 | 0.006735 |
| October 6, 2023 | 0.006701 |
| October 9, 2023 | 0.006740 |
| October 10, 2023 | 0.006727 |
| October 11, 2023 | 0.006709 |
| October 12, 2023 | 0.006676 |
| October 13, 2023 | 0.006686 |
| October 16, 2023 | 0.006686 |
| October 17, 2023 | 0.006677 |
| October 18, 2023 | 0.006674 |
| October 19, 2023 | 0.006676 |
| October 20, 2023 | 0.006673 |
| October 23, 2023 | 0.006682 |
| October 24, 2023 | 0.006673 |
| October 25, 2023 | 0.006663 |
| October 26, 2023 | 0.006650 |
| October 27, 2023 | 0.006681 |
| October 30, 2023 | 0.006706 |
| October 31, 2023 | 0.006600 |
| November 1, 2023 | 0.006629 |
| November 2, 2023 | 0.006646 |
| November 3, 2023 | 0.006695 |
| November 6, 2023 | 0.006669 |
| November 7, 2023 | 0.006650 |

---

[1] *Japanese Yen (JPY) to US Dollar (USD) Exchange Rate History for 2023*, EXCHANGE-RATES.ORG, https://www.exchange-rates.org/exchange-rate-history/jpy-usd-2023; (last visited Mar. 4, 2025); *Japanese Yen (JPY) to US Dollar (USD) Exchange Rate History for 2024*, EXCHANGE-RATES.ORG, https://www.exchange-rates.org/exchange-rate-history/jpy-usd-2024 (last visited Mar. 4, 2025).

| Date | Japanese Yen to US Dollar |
|---|---|
| November 8, 2023 | 0.006627 |
| November 9, 2023 | 0.006607 |
| November 10, 2023 | 0.006600 |
| November 13, 2023 | 0.006594 |
| November 14, 2023 | 0.006651 |
| November 15, 2023 | 0.006610 |
| November 16, 2023 | 0.006636 |
| November 17, 2023 | 0.006687 |
| November 20, 2023 | 0.006744 |
| November 21, 2023 | 0.006753 |
| November 22, 2023 | 0.006689 |
| November 23, 2023 | 0.006688 |
| November 24, 2023 | 0.006691 |
| November 27, 2023 | 0.006740 |
| November 28, 2023 | 0.006801 |
| November 29, 2023 | 0.006802 |
| November 30, 2023 | 0.006756 |
| December 1, 2023 | 0.006811 |
| December 4, 2023 | 0.006797 |
| December 5, 2023 | 0.006795 |
| December 6, 2023 | 0.006791 |
| December 7, 2023 | 0.006944 |
| December 8, 2023 | 0.006903 |
| December 11, 2023 | 0.006843 |
| December 12, 2023 | 0.006879 |
| December 13, 2023 | 0.007017 |
| December 14, 2023 | 0.007038 |
| December 15, 2023 | 0.007036 |
| December 18, 2023 | 0.007006 |
| December 19, 2023 | 0.006948 |
| December 20, 2023 | 0.006970 |
| December 21, 2023 | 0.007035 |
| December 22, 2023 | 0.007023 |
| December 25, 2023 | 0.007035 |
| December 26, 2023 | 0.007024 |
| December 27, 2023 | 0.007063 |
| December 28, 2023 | 0.007076 |
| December 29, 2023 | 0.007091 |

| Date | Japanese Yen to US Dollar |
| --- | --- |
| January 1, 2024 | 0.007095 |
| January 2, 2024 | 0.007037 |
| January 3, 2024 | 0.006990 |
| January 4, 2024 | 0.006910 |
| January 5, 2024 | 0.006914 |
| January 8, 2024 | 0.006937 |
| January 9, 2024 | 0.006926 |
| January 10, 2024 | 0.006865 |
| January 11, 2024 | 0.006895 |
| January 12, 2024 | 0.006903 |
| January 15, 2024 | 0.006856 |
| January 16, 2024 | 0.006797 |
| January 17, 2024 | 0.006752 |
| January 18, 2024 | 0.006753 |
| January 19, 2024 | 0.006751 |
| January 22, 2024 | 0.006753 |
| January 23, 2024 | 0.006746 |
| January 24, 2024 | 0.006780 |
| January 25, 2024 | 0.006778 |
| January 26, 2024 | 0.006748 |
| January 29, 2024 | 0.006784 |
| January 30, 2024 | 0.006778 |
| January 31, 2024 | 0.006808 |
| February 1, 2024 | 0.006829 |
| February 2, 2024 | 0.006740 |
| February 5, 2024 | 0.006729 |
| February 6, 2024 | 0.006765 |
| February 7, 2024 | 0.006756 |
| February 8, 2024 | 0.006699 |
| February 9, 2024 | 0.006698 |
| February 12, 2024 | 0.006697 |
| February 13, 2024 | 0.006638 |
| February 14, 2024 | 0.006646 |
| February 15, 2024 | 0.006674 |
| February 16, 2024 | 0.006657 |
| February 19, 2024 | 0.006658 |
| February 20, 2024 | 0.006671 |
| February 21, 2024 | 0.006652 |

3

| Date | Japanese Yen to US Dollar |
|---|---|
| **February 22, 2024** | 0.006646 |
| **February 23, 2024** | 0.006645 |
| **February 26, 2024** | 0.006637 |
| **February 27, 2024** | 0.006645 |
| **February 28, 2024** | 0.006640 |
| **February 29, 2024** | 0.006662 |
| **March 1, 2024** | 0.006662 |
| **March 4, 2024** | 0.006647 |
| **March 5, 2024** | 0.006670 |
| **March 6, 2024** | 0.006700 |
| **March 7, 2024** | 0.006764 |
| **March 8, 2024** | 0.006800 |
| **March 11, 2024** | 0.006807 |
| **March 12, 2024** | 0.006776 |
| **March 13, 2024** | 0.006772 |
| **March 14, 2024** | 0.006745 |
| **March 15, 2024** | 0.006709 |
| **March 18, 2024** | 0.006706 |
| **March 19, 2024** | 0.006629 |
| **March 20, 2024** | 0.006624 |
| **March 21, 2024** | 0.006596 |
| **March 22, 2024** | 0.006604 |
| **March 25, 2024** | 0.006607 |
| **March 26, 2024** | 0.006600 |
| **March 27, 2024** | 0.006610 |
| **March 28, 2024** | 0.006604 |
| **March 29, 2024** | 0.006607 |
| **April 1, 2024** | 0.006596 |
| **April 2, 2024** | 0.006600 |
| **April 3, 2024** | 0.006596 |
| **April 4, 2024** | 0.006613 |
| **April 5, 2024** | 0.006596 |
| **April 8, 2024** | 0.006588 |
| **April 9, 2024** | 0.006589 |
| **April 10, 2024** | 0.006538 |
| **April 11, 2024** | 0.006527 |
| **April 12, 2024** | 0.006524 |
| **April 15, 2024** | 0.006484 |

| Date | Japanese Yen to US Dollar |
| --- | --- |
| April 16, 2024 | 0.006464 |
| April 17, 2024 | 0.006482 |
| April 18, 2024 | 0.006468 |
| April 19, 2024 | 0.006467 |
| April 22, 2024 | 0.006460 |
| April 23, 2024 | 0.006461 |
| April 24, 2024 | 0.006443 |
| April 25, 2024 | 0.006427 |
| April 26, 2024 | 0.006315 |
| April 29, 2024 | 0.006400 |
| April 30, 2024 | 0.006340 |
| May 1, 2024 | 0.006440 |
| May 2, 2024 | 0.006518 |
| May 3, 2024 | 0.006534 |
| May 6, 2024 | 0.006498 |
| May 7, 2024 | 0.006464 |
| May 8, 2024 | 0.006429 |
| May 9, 2024 | 0.006436 |
| May 10, 2024 | 0.006419 |
| May 13, 2024 | 0.006402 |
| May 14, 2024 | 0.006392 |
| May 15, 2024 | 0.006469 |
| May 16, 2024 | 0.006436 |
| May 17, 2024 | 0.006425 |
| May 20, 2024 | 0.006400 |
| May 21, 2024 | 0.006404 |
| May 22, 2024 | 0.006379 |
| May 23, 2024 | 0.006370 |
| May 24, 2024 | 0.006371 |
| May 27, 2024 | 0.006372 |
| May 28, 2024 | 0.006363 |
| May 29, 2024 | 0.006344 |
| May 30, 2024 | 0.006377 |
| May 31, 2024 | 0.006359 |
| June 3, 2024 | 0.006404 |
| June 4, 2024 | 0.006459 |
| June 5, 2024 | 0.006407 |
| June 6, 2024 | 0.006429 |

| Date | Japanese Yen to US Dollar |
|---|---|
| June 7, 2024 | 0.006382 |
| June 10, 2024 | 0.006370 |
| June 11, 2024 | 0.006365 |
| June 12, 2024 | 0.006384 |
| June 13, 2024 | 0.006369 |
| June 14, 2024 | 0.006352 |
| June 17, 2024 | 0.006341 |
| June 18, 2024 | 0.006334 |
| June 19, 2024 | 0.006328 |
| June 20, 2024 | 0.006292 |
| June 21, 2024 | 0.006263 |
| June 24, 2024 | 0.006266 |
| June 25, 2024 | 0.006264 |
| June 26, 2024 | 0.006223 |
| June 27, 2024 | 0.006222 |
| June 28, 2024 | 0.006215 |
| July 1, 2024 | 0.006195 |
| July 2, 2024 | 0.006194 |
| July 3, 2024 | 0.006187 |
| July 4, 2024 | 0.006202 |
| July 5, 2024 | 0.006221 |
| July 8, 2024 | 0.006219 |
| July 9, 2024 | 0.006200 |
| July 10, 2024 | 0.006188 |
| July 11, 2024 | 0.006281 |
| July 12, 2024 | 0.006335 |
| July 15, 2024 | 0.006323 |
| July 16, 2024 | 0.006314 |
| July 17, 2024 | 0.006408 |
| July 18, 2024 | 0.006358 |
| July 19, 2024 | 0.006349 |
| July 22, 2024 | 0.006368 |
| July 23, 2024 | 0.006426 |
| July 24, 2024 | 0.006505 |
| July 25, 2024 | 0.006497 |
| July 26, 2024 | 0.006504 |
| July 29, 2024 | 0.006492 |
| July 30, 2024 | 0.006553 |

| Date | Japanese Yen to US Dollar |
|---|---|
| July 31, 2024 | 0.006669 |
| August 1, 2024 | 0.006696 |
| August 2, 2024 | 0.006821 |
| August 5, 2024 | 0.006950 |
| August 6, 2024 | 0.006917 |
| August 7, 2024 | 0.006826 |
| August 8, 2024 | 0.006790 |
| August 9, 2024 | 0.006818 |
| August 12, 2024 | 0.006796 |
| August 13, 2024 | 0.006810 |
| August 14, 2024 | 0.006795 |
| August 15, 2024 | 0.006709 |
| August 16, 2024 | 0.006773 |
| August 19, 2024 | 0.006823 |
| August 20, 2024 | 0.006891 |
| August 21, 2024 | 0.006894 |
| August 22, 2024 | 0.006841 |
| August 23, 2024 | 0.006927 |
| August 26, 2024 | 0.006926 |
| August 27, 2024 | 0.006957 |
| August 28, 2024 | 0.006929 |
| August 29, 2024 | 0.006899 |
| August 30, 2024 | 0.006840 |
| September 2, 2024 | 0.006808 |
| September 3, 2024 | 0.006879 |
| September 4, 2024 | 0.006962 |
| September 5, 2024 | 0.006974 |
| September 6, 2024 | 0.007026 |
| September 9, 2024 | 0.006998 |
| September 10, 2024 | 0.007021 |
| September 11, 2024 | 0.007027 |
| September 12, 2024 | 0.007053 |
| September 13, 2024 | 0.007100 |
| September 16, 2024 | 0.007109 |
| September 17, 2024 | 0.007030 |
| September 18, 2024 | 0.007045 |
| September 19, 2024 | 0.007014 |
| September 20, 2024 | 0.006948 |

| Date | Japanese Yen to US Dollar |
|---|---|
| **September 23, 2024** | 0.006965 |
| **September 24, 2024** | 0.006984 |
| **September 25, 2024** | 0.006915 |
| **September 26, 2024** | 0.006900 |
| **September 27, 2024** | 0.007035 |
| **September 30, 2024** | 0.006965 |

**CONVERSION RATE – KOREAN WON TO U.S. DOLLAR[2]**

| Date | Korean Won to U.S. Dollar |
|---|---|
| October 2, 2023 | 0.0007380 |
| October 3, 2023 | 0.0007353 |
| October 4, 2023 | 0.0007408 |
| October 5, 2023 | 0.0007434 |
| October 6, 2023 | 0.0007439 |
| October 9, 2023 | 0.0007419 |
| October 10, 2023 | 0.0007447 |
| October 11, 2023 | 0.0007476 |
| October 12, 2023 | 0.0007418 |
| October 13, 2023 | 0.0007391 |
| October 16, 2023 | 0.0007424 |
| October 17, 2023 | 0.0007400 |
| October 18, 2023 | 0.0007383 |
| October 19, 2023 | 0.0007381 |
| October 20, 2023 | 0.0007406 |
| October 23, 2023 | 0.0007444 |
| October 24, 2023 | 0.0007451 |
| October 25, 2023 | 0.0007400 |
| October 26, 2023 | 0.0007393 |
| October 27, 2023 | 0.0007373 |
| October 30, 2023 | 0.0007396 |
| October 31, 2023 | 0.0007405 |
| November 1, 2023 | 0.0007422 |
| November 2, 2023 | 0.0007505 |
| November 3, 2023 | 0.0007638 |
| November 6, 2023 | 0.0007695 |
| November 7, 2023 | 0.0007675 |
| November 8, 2023 | 0.0007639 |

---

[2]     *Korean Won (KRW) to US Dollar (USD) Exchange Rate History for 2023*, EXCHANGE-RATES.ORG,                https://www.exchange-rates.org/exchange-rate-history/krw-usd-2023 (last visited Mar. 4, 2025); *Korean Won (KRW) to US Dollar (USD) Exchange Rate History for 2024,* EXCHANGE-RATES.ORG, https://www.exchange-rates.org/exchange-rate-history/krw-usd-2024 (last visited Mar. 4, 2025).

| Date | Korean Won to U.S. Dollar |
|---|---|
| November 9, 2023 | 0.0007603 |
| November 10, 2023 | 0.0007575 |
| November 13, 2023 | 0.0007584 |
| November 14, 2023 | 0.0007664 |
| November 15, 2023 | 0.0007675 |
| November 16, 2023 | 0.0007735 |
| November 17, 2023 | 0.0007714 |
| November 20, 2023 | 0.0007762 |
| November 21, 2023 | 0.0007718 |
| November 22, 2023 | 0.0007691 |
| November 23, 2023 | 0.0007586 |
| November 24, 2023 | 0.0007669 |
| November 27, 2023 | 0.0007701 |
| November 28, 2023 | 0.0007762 |
| November 29, 2023 | 0.0007765 |
| November 30, 2023 | 0.0007706 |
| December 1, 2023 | 0.0007723 |
| December 4, 2023 | 0.0007630 |
| December 5, 2023 | 0.0007624 |
| December 6, 2023 | 0.0007606 |
| December 7, 2023 | 0.0007591 |
| December 8, 2023 | 0.0007589 |
| December 11, 2023 | 0.0007596 |
| December 12, 2023 | 0.0007627 |
| December 13, 2023 | 0.0007734 |
| December 14, 2023 | 0.0007764 |
| December 15, 2023 | 0.0007702 |
| December 18, 2023 | 0.0007671 |
| December 19, 2023 | 0.0007702 |
| December 20, 2023 | 0.0007677 |
| December 21, 2023 | 0.0007729 |
| December 22, 2023 | 0.0007694 |
| December 25, 2023 | 0.0007712 |
| December 26, 2023 | 0.0007722 |
| December 27, 2023 | 0.0007718 |
| December 28, 2023 | 0.0007771 |
| December 29, 2023 | 0.0007725 |
| January 1, 2024 | 0.0007725 |

10

| Date | Korean Won to U.S. Dollar |
|---|---|
| **January 2, 2024** | 0.0007628 |
| **January 3, 2024** | 0.0007632 |
| **January 4, 2024** | 0.0007620 |
| **January 5, 2024** | 0.0007606 |
| **January 8, 2024** | 0.0007629 |
| **January 9, 2024** | 0.0007576 |
| **January 10, 2024** | 0.0007582 |
| **January 11, 2024** | 0.0007613 |
| **January 12, 2024** | 0.0007613 |
| **January 15, 2024** | 0.0007573 |
| **January 16, 2024** | 0.0007482 |
| **January 17, 2024** | 0.0007446 |
| **January 18, 2024** | 0.0007468 |
| **January 19, 2024** | 0.0007486 |
| **January 22, 2024** | 0.0007466 |
| **January 23, 2024** | 0.0007473 |
| **January 24, 2024** | 0.0007498 |
| **January 25, 2024** | 0.0007491 |
| **January 26, 2024** | 0.0007477 |
| **January 29, 2024** | 0.0007510 |
| **January 30, 2024** | 0.0007532 |
| **January 31, 2024** | 0.0007492 |
| **February 1, 2024** | 0.0007531 |
| **February 2, 2024** | 0.0007469 |
| **February 5, 2024** | 0.0007497 |
| **February 6, 2024** | 0.0007535 |
| **February 7, 2024** | 0.0007527 |
| **February 8, 2024** | 0.0007505 |
| **February 9, 2024** | 0.0007510 |
| **February 12, 2024** | 0.0007526 |
| **February 13, 2024** | 0.0007467 |
| **February 14, 2024** | 0.0007526 |
| **February 15, 2024** | 0.0007518 |
| **February 16, 2024** | 0.0007504 |
| **February 19, 2024** | 0.0007490 |
| **February 20, 2024** | 0.0007506 |
| **February 21, 2024** | 0.0007500 |
| **February 22, 2024** | 0.0007533 |

| Date | Korean Won to U.S. Dollar |
|---|---|
| February 23, 2024 | 0.0007513 |
| February 26, 2024 | 0.0007507 |
| February 27, 2024 | 0.0007510 |
| February 28, 2024 | 0.0007487 |
| February 29, 2024 | 0.0007497 |
| March 1, 2024 | 0.0007508 |
| March 4, 2024 | 0.0007513 |
| March 5, 2024 | 0.0007493 |
| March 6, 2024 | 0.0007530 |
| March 7, 2024 | 0.0007563 |
| March 8, 2024 | 0.0007593 |
| March 11, 2024 | 0.0007631 |
| March 12, 2024 | 0.0007629 |
| March 13, 2024 | 0.0007623 |
| March 14, 2024 | 0.0007561 |
| March 15, 2024 | 0.0007515 |
| March 18, 2024 | 0.0007483 |
| March 19, 2024 | 0.0007483 |
| March 20, 2024 | 0.0007522 |
| March 21, 2024 | 0.0007500 |
| March 22, 2024 | 0.0007439 |
| March 25, 2024 | 0.0007467 |
| March 26, 2024 | 0.0007451 |
| March 27, 2024 | 0.0007417 |
| March 28, 2024 | 0.0007416 |
| March 29, 2024 | 0.0007428 |
| April 1, 2024 | 0.0007387 |
| April 2, 2024 | 0.0007406 |
| April 3, 2024 | 0.0007443 |
| April 4, 2024 | 0.0007408 |
| April 5, 2024 | 0.0007400 |
| April 8, 2024 | 0.0007393 |
| April 9, 2024 | 0.0007403 |
| April 10, 2024 | 0.0007342 |
| April 11, 2024 | 0.0007314 |
| April 12, 2024 | 0.0007243 |
| April 15, 2024 | 0.0007214 |
| April 16, 2024 | 0.0007197 |

| Date | Korean Won to U.S. Dollar |
|---|---|
| April 17, 2024 | 0.0007249 |
| April 18, 2024 | 0.0007253 |
| April 19, 2024 | 0.0007275 |
| April 22, 2024 | 0.0007260 |
| April 23, 2024 | 0.0007291 |
| April 24, 2024 | 0.0007269 |
| April 25, 2024 | 0.0007290 |
| April 26, 2024 | 0.0007256 |
| April 29, 2024 | 0.0007272 |
| April 30, 2024 | 0.0007226 |
| May 1, 2024 | 0.0007257 |
| May 2, 2024 | 0.0007323 |
| May 3, 2024 | 0.0007374 |
| May 6, 2024 | 0.0007380 |
| May 7, 2024 | 0.0007366 |
| May 8, 2024 | 0.0007326 |
| May 9, 2024 | 0.0007322 |
| May 10, 2024 | 0.0007293 |
| May 13, 2024 | 0.0007326 |
| May 14, 2024 | 0.0007333 |
| May 15, 2024 | 0.0007392 |
| May 16, 2024 | 0.0007422 |
| May 17, 2024 | 0.0007383 |
| May 20, 2024 | 0.0007359 |
| May 21, 2024 | 0.0007333 |
| May 22, 2024 | 0.0007328 |
| May 23, 2024 | 0.0007318 |
| May 24, 2024 | 0.0007317 |
| May 27, 2024 | 0.0007355 |
| May 28, 2024 | 0.0007344 |
| May 29, 2024 | 0.0007303 |
| May 30, 2024 | 0.0007278 |
| May 31, 2024 | 0.0007230 |
| June 3, 2024 | 0.0007291 |
| June 4, 2024 | 0.0007276 |
| June 5, 2024 | 0.0007300 |
| June 6, 2024 | 0.0007331 |
| June 7, 2024 | 0.0007246 |

| Date | Korean Won to U.S. Dollar |
|---|---|
| June 10, 2024 | 0.0007274 |
| June 11, 2024 | 0.0007255 |
| June 12, 2024 | 0.0007305 |
| June 13, 2024 | 0.0007268 |
| June 14, 2024 | 0.0007229 |
| June 17, 2024 | 0.0007249 |
| June 18, 2024 | 0.0007247 |
| June 19, 2024 | 0.0007243 |
| June 20, 2024 | 0.0007193 |
| June 21, 2024 | 0.0007197 |
| June 24, 2024 | 0.0007216 |
| June 25, 2024 | 0.0007186 |
| June 26, 2024 | 0.0007185 |
| June 27, 2024 | 0.0007218 |
| June 28, 2024 | 0.0007240 |
| July 1, 2024 | 0.0007236 |
| July 2, 2024 | 0.0007212 |
| July 3, 2024 | 0.0007218 |
| July 4, 2024 | 0.0007242 |
| July 5, 2024 | 0.0007259 |
| July 8, 2024 | 0.0007228 |
| July 9, 2024 | 0.0007227 |
| July 10, 2024 | 0.0007226 |
| July 11, 2024 | 0.0007288 |
| July 12, 2024 | 0.0007272 |
| July 15, 2024 | 0.0007230 |
| July 16, 2024 | 0.0007235 |
| July 17, 2024 | 0.0007247 |
| July 18, 2024 | 0.0007227 |
| July 19, 2024 | 0.0007195 |
| July 22, 2024 | 0.0007206 |
| July 23, 2024 | 0.0007219 |
| July 24, 2024 | 0.0007239 |
| July 25, 2024 | 0.0007239 |
| July 26, 2024 | 0.0007221 |
| July 29, 2024 | 0.0007248 |
| July 30, 2024 | 0.0007225 |
| July 31, 2024 | 0.0007307 |

14

| Date | Korean Won to U.S. Dollar |
|---|---|
| August 1, 2024 | 0.0007305 |
| August 2, 2024 | 0.0007363 |
| August 5, 2024 | 0.0007320 |
| August 6, 2024 | 0.0007284 |
| August 7, 2024 | 0.0007273 |
| August 8, 2024 | 0.0007277 |
| August 9, 2024 | 0.0007327 |
| August 12, 2024 | 0.0007303 |
| August 13, 2024 | 0.0007343 |
| August 14, 2024 | 0.0007370 |
| August 15, 2024 | 0.0007336 |
| August 16, 2024 | 0.0007408 |
| August 19, 2024 | 0.0007508 |
| August 20, 2024 | 0.0007534 |
| August 21, 2024 | 0.0007493 |
| August 22, 2024 | 0.0007460 |
| August 23, 2024 | 0.0007548 |
| August 26, 2024 | 0.0007542 |
| August 27, 2024 | 0.0007536 |
| August 28, 2024 | 0.0007492 |
| August 29, 2024 | 0.0007510 |
| August 30, 2024 | 0.0007476 |
| September 2, 2024 | 0.0007482 |
| September 3, 2024 | 0.0007470 |
| September 4, 2024 | 0.0007495 |
| September 5, 2024 | 0.0007506 |
| September 6, 2024 | 0.0007470 |
| September 9, 2024 | 0.0007463 |
| September 10, 2024 | 0.0007448 |
| September 11, 2024 | 0.0007479 |
| September 12, 2024 | 0.0007479 |
| September 13, 2024 | 0.0007522 |
| September 16, 2024 | 0.0007589 |
| September 17, 2024 | 0.0007542 |
| September 18, 2024 | 0.0007566 |
| September 19, 2024 | 0.0007537 |
| September 20, 2024 | 0.0007505 |
| September 23, 2024 | 0.0007501 |

| Date | Korean Won to U.S. Dollar |
|---|---|
| **September 24, 2024** | 0.0007549 |
| **September 25, 2024** | 0.0007497 |
| **September 26, 2024** | 0.0007624 |
| **September 27, 2024** | 0.0007632 |
| **September 30, 2024** | 0.0007596 |