**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COY BROOKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WEBTOON ENTERTAINMENT INC., et al.,<br><br>    Defendants. | Case No. 2:24-cv-07553-CBM-RAO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:        Consuelo B. Marshall<br>Hearing:     April 22, 2025<br>Time:         10:00 a.m.<br>Courtroom:  8D |

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

Before the Court is Defendants WEBTOON Entertainment Inc., Junkoo Kim, David J. Lee, Haejin Lee, Namsum Kim, Jun Masuda, Isabelle Winkles, and Nancy Dubuc's Request for Judicial Notice in Support of their Motion to Dismiss the Consolidated Complaint ("Defendants' Request for Judicial Notice").

Based on the papers filed in support of and in opposition to Defendants' Request for Judicial Notice, oral arguments of counsel, and all other pleadings and papers filed herein, Defendants' Request for Judicial Notice is **GRANTED.**

Accordingly, in its determination of the Defendants' Motion to Dismiss the Consolidated Complaint, the Court will consider Exhibits 1–7 to the Declaration of Austin Norris in Support of Defendants' Motion to Dismiss the Consolidated Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
The Honorable Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE

1
**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**