GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:  415.393.8200
Facsimile:   415.393.8306
blutz@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
JESSICA VALENZUELA, SBN 220934
310 University Avenue
Palo Alto, California 94301-1744
Telephone:  650.849.5300
Facsimile:   650.849.5333
jvalenzuela@gibsondunn.com

*Attorneys for Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Evercore Group L.L.C., Deutsche Bank Securities Inc., UBS Securities LLC, HSBC Securities (USA) Inc., Raymond James & Associates, Inc., and LionTree Advisors LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COY BROOKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEBTOON ENTERTAINMENT INC., et al.,<br><br>Defendants. | CASE NO. 2:24-cv-07553-CBM-RAO<br><br>**JOINDER OF UNDERWRITER DEFENDANTS IN WEBTOON DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS CONSOLIDATED COMPLAINT WITH PREJUDICE**<br><br>Complaint Filed: September 5, 2024<br><br>Consolidated Complaint Filed: February 3, 2025<br><br>Judge:      Hon. Consuelo B. Marshall<br>Hearing:    April 22, 2025<br>Time:       10:00 a.m.<br>Courtroom: 8D |

UNDERWRITER DEFENDANTS' JOINDER IN MOTION TO DISMISS
Case No.  2:24-cv-07553-CBM-RAO

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on April 22, 2025, at 10:00 a.m. in Courtroom 8D of the United States District Court for the Central District of California, at the First Street Courthouse, located at 350 W. 1st Street, Los Angeles, CA 90012, before the Honorable Consuelo B. Marshall, Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Evercore Group L.L.C., Deutsche Bank Securities Inc., UBS Securities LLC, HSBC Securities (USA) Inc., Raymond James & Associates, Inc., and LionTree Advisors LLC (collectively the "Underwriter Defendants"), will and hereby do join in moving to dismiss with prejudice the Consolidated Complaint for Violations of the Federal Securities Laws (the "Complaint") (ECF 60), as requested by the contemporaneously filed Motion pursuant to Federal Rules of Civil Procedure 12(b)(6), 8(a), and 9(b) (the "Motion") of WEBTOON, Junkoo Kim, David J. Lee, Haejin Lee, Namsum Kim, Jun Masuda, Isabell Winkles, and Nancy Dubac  (together, the "Webtoon Defendants").  The Underwriter Defendants hereby adopt by reference the arguments and authorities set forth in that Motion, its supporting Memorandum of Points and Authorities, the Declaration of Austin Norris and Exhibits in Support, and the Request for Judicial Notice, as well as such other written and oral argument as may be presented.

In the Complaint, Lead Plaintiff Byung-Gon Sung alleges a cause of action for violation of Section 11 of the Securities Act of 1933 against the Webtoon Defendants and the Underwriter Defendants.[1]  The arguments presented in the Webtoon Defendants' Motion to Dismiss apply equally to the Underwriter Defendants and Plaintiff's Section 11 claim against the Underwriter Defendants should be dismissed with prejudice for those reasons.

Pursuant to Local Rule 7-3, counsel for Defendants conferred with counsel for Plaintiff regarding the Motion on February 21, 2025.

---

[1] Plaintiff also alleges a violation of Section 15 of the Securities Act of 1933, but solely against the Webtoon Defendants. Compl. ¶¶ 132–35.

Gibson, Dunn & Crutcher LLP

UNDERWRITER DEFENDANTS' JOINDER IN MOTION TO DISMISS
Case No.  2:24-cv-07553-CBM-RAO

DATED:  March 4, 2025

GIBSON, DUNN & CRUTCHER LLP


By:  _____/s/  Brian M. Lutz_____
                Brian M. Lutz

BRIAN M. LUTZ, SBN 255976
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:    415.393.8200
Facsimile:     415.393.8306
blutz@gibsondunn.com

JESSICA VALENZUELA, SBN 220934
310 University Avenue
Palo Alto, California 94301-1744
Telephone:    650.849.5300
Facsimile:     650.849.5333
jvalenzuela@gibsondunn.com

*Attorneys for Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Evercore Group L.L.C., Deutsche Bank Securities Inc., UBS Securities LLC, HSBC Securities (USA) Inc., Raymond James & Associates, Inc., and LionTree Advisors LLC*

Gibson, Dunn &
Crutcher LLP

UNDERWRITER DEFENDANTS' JOINDER IN MOTION TO DISMISS
Case No.  2:24-cv-07553-CBM-RAO

# CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of March, 2025, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

By: _/s/ Brian M. Lutz_
Brian M. Lutz