GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ, SBN 255976
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306
blutz@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
JESSICA VALENZUELA, SBN 220934
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333
jvalenzuela@gibsondunn.com

*Attorneys for Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Evercore Group L.L.C., Deutsche Bank Securities Inc., UBS Securities LLC, HSBC Securities (USA) Inc., Raymond James & Associates, Inc., and LionTree Advisors LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COY BROOKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEBTOON ENTERTAINMENT INC., et al.,<br><br>Defendants. | CASE NO. 2:24-cv-07553-CBM-RAO<br><br>**JOINDER OF UNDERWRITER DEFENDANTS IN WEBTOON DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS CONSOLIDATED COMPLAINT WITH PREJUDICE AND IN REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE**<br><br>Complaint Filed: September 5, 2024<br><br>Consolidated Complaint Filed: February 3, 2025<br><br>Judge: Hon. Consuelo B. Marshall<br>Hearing: April 22, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8D |

Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Evercore Group L.L.C., Deutsche Bank Securities Inc., UBS Securities LLC, HSBC Securities (USA) Inc., Raymond James & Associates, Inc., and LionTree Advisors LLC (collectively the "Underwriter Defendants") hereby join in the contemporaneously filed Reply in Support of Motion to Dismiss Consolidated Complaint With Prejudice and in the contemporaneously filed Reply in Support of Request for Judicial Notice in Support of Motion to Dismiss Consolidated Complaint With Prejudice, filed by WEBTOON Entertainment Inc., Junkoo Kim, David J. Lee, Haejin Lee, Namsum Kim, Jun Masuda, Isabell Winkles, and Nancy Dubac (together, the "Webtoon Defendants"). The Underwriter Defendants hereby adopt by reference the arguments and authorities set forth in both Replies, the supporting materials filed with the Motion to Dismiss, and such other written and oral argument as may be presented.

The arguments presented in both the Webtoon Defendants' Replies apply equally to the Underwriter Defendants and Plaintiff's Section 11 claim against the Underwriter Defendants should be dismissed with prejudice for those reasons.

DATED: March 18, 2025

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Brian M. Lutz*
       Brian M. Lutz

BRIAN M. LUTZ, SBN 255976
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306
blutz@gibsondunn.com

JESSICA VALENZUELA, SBN 220934
310 University Avenue
Palo Alto, California 94301-1744
Telephone:    650.849.5300
Facsimile:    650.849.5333
jvalenzuela@gibsondunn.com

*Attorneys for Defendants Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, J.P. Morgan Securities LLC, Evercore Group L.L.C., Deutsche Bank Securities Inc., UBS Securities LLC, HSBC Securities (USA) Inc., Raymond James & Associates, Inc., and LionTree Advisors LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 18th day of March, 2025, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's CM/ECF system. Parties may access this filing through the Court's electronic filing system.

By: */s/ Brian M. Lutz*
Brian M. Lutz