Austin Norris (SBN 284603)
austin.norris@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900

*[Additional counsel on signature page]*

*Attorneys for WEBTOON and the
Individual Defendants*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COY BROOKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEBTOON ENTERTAINMENT INC., et al.,<br><br>Defendants. | Case No. 2:24-cv-07553-CBM-RAO<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Complaint Filed: September 5, 2024<br><br>Consolidated Complaint Filed: February 3, 2025 |

**DEFS' RESPONSE TO PL'S NOTICE OF SUPPLEMENTAL AUTHORITY**

The Ninth Circuit's recent decision in *Sodha v. Golubowski*, 2025 WL 2487954 (9th Cir. Aug. 29, 2025) ("*Golubowski*") does not salvage Plaintiff's deficient Complaint. As Defendants explained in their reply brief, Plaintiff's Section 11 claim fails under any standard, including the materiality standard adopted in *Golubowski*. ECF 69 at 3–4 (stating that there was no deviation from past performance, let alone a "material" deviation). As *Golubowski* confirms, "there is no 'general obligation to disclose the results of a quarter in progress'" and only "'material' interim information" need be disclosed—*i.e.*, where there is "a substantial likelihood that disclosure of the omitted information would have been viewed by a reasonable investor as having significantly altered the total mix of information available." *Golubowski*, at *25, *29, *37. Plaintiff has not alleged with well-pleaded facts that the minute variations at issue here—much smaller than the deviations already disclosed to investors in the Registration Statement—are material.

Moreover, unlike *Golubowski*, Plaintiff does not allege that Defendants "disclose[d] some positive interim results but omit[ted] other negative interim results, even though those negative results were provided in prior quarters." *Golubowski*, at *28. As explained in Defendant's briefing, the metrics at issue could not have been known until after the end of Q2 2024 (and after the IPO). ECF 61 at 12–15; ECF 69 at 5, 10.

*Golubowski* also does not save Plaintiff's Item 303 claim. As Defendants explained in their papers, the Item 303 claim fails for several reasons, including because the transitory and minor variations here were not (1) known to management or (2) reasonably likely to materially affect WEBTOON's business. ECF 61 at 22–23; ECF 69 at 10. These are the same standards affirmed by the Ninth Circuit. *Golubowski*, at *34, *37. The "statistical noise" that Plaintiff alleges here, which rebounded swiftly the very next quarter, falls well short of the kinds of "material change[s]" that are "persistent, important, or unusual enough" to be actionable under Item 303. *Id.* at *38.

1

**DEFS' RESPONSE TO PL'S NOTICE OF SUPPLEMENTAL AUTHORITY**

DATED: September 3, 2025                    KIRKLAND & ELLIS LLP

                                           */s/ Austin Norris*
                                           Austin Norris (SBN 284603)
                                           austin.norris@kirkland.com
                                           KIRKLAND & ELLIS LLP
                                           2049 Century Park East
                                           Suite 3700
                                           Los Angeles, CA 90067
                                           Tel: (310) 552-4200
                                           Fax: (310) 552-5900

                                           Edward Hillenbrand (SBN 310872)
                                           edward.hillenbrand@kirkland.com
                                           KIRKLAND & ELLIS LLP
                                           555 South Flower Street
                                           Los Angeles, CA 90071
                                           Tel.: (213) 680-8400
                                           Fax: (213) 680-8500

                                           Stefan H. Atkinson, P.C. (admitted *pro hac vice*)
                                           stefan.atkinson@kirkland.com
                                           Jordan D. Peterson, P.C. (admitted *pro hac vice*)
                                           jordan.peterson@kirkland.com
                                           KIRKLAND & ELLIS LLP
                                           601 Lexington Avenue
                                           New York, NY 10022
                                           Tel: (212) 446-4800
                                           Fax: (212) 446-4900

                                           *Attorneys for WEBTOON and the Individual Defendants*

2

**DEFS' RESPONSE TO PL'S NOTICE OF SUPPLEMENTAL AUTHORITY**