UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COY BROOKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WEBTOON ENTERTAINMENT INC., et al.,<br><br>Defendants. | Case No. 2:24-cv-07553-CBM (RAO)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR CLARIFICATION OF THE COURT'S ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT WITH PREJUDICE |

4915-3225-2283.v1

This matter comes before the Court on Plaintiff's November 25, 2025, Unopposed Motion for Clarification of the Court's Order Regarding Defendants' Motion to Dismiss Consolidated Complaint with Prejudice (the "Motion"). Having reviewed Plaintiff's Motion, and good cause appearing, the Court hereby GRANTS Plaintiff's Motion.

DATED: _____      _____

HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

- 1 -

4915-3225-2283.v1