# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COY BROOKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEBTOON ENTERTAINMENT INC., et al.,<br><br>Defendants. | Case No. 2:24-cv-07553-CBM-RAO<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER CONSOLIDATED COMPLAINT [78]**<br><br>The Honorable Consuelo B. Marshall<br><br>Complaint Served:     Feb. 3, 2025<br>Current Response Date: Dec. 1, 2025<br>New Response Date:     Jan. 9, 2026 |

Upon the Joint Stipulation to Extend Defendants' Time to Answer Consolidated Complaint submitted by Plaintiff Coy Brookman ("Plaintiff"), Defendants WEBTOON Entertainment, Inc. ("WEBTOON"), Junkoo Kim, David Lee, Haejin Lee, Namsum Kim, Jun Masuda, Isabelle Winkles, and Nancy Dubuc (the "Individual Defendants), Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, J. P Morgan Securities LLC, Evercore Group L.L.C., Deutsche Bank Securities Inc., UBS Securities LLC, HSBC Securities (USA) Inc., Raymond James & Associates, Inc., and LionTree Advisors LLC (the "Underwriter Defendants") (collectively with WEBTOON and the Individual Defendants, "Defendants" and, together with Plaintiff, the "Parties") and good cause appearing,

**IT IS HEREBY ORDERED:**

1.    Defendants shall have until January 9, 2026 to answer the Complaint.

DATED: December 1, 2025



HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE