UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COY BROOKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>WEBTOON ENTERTAINMENT INC., et al.,<br><br>                Defendants. | Case No. 2:24-cv-07553-CBM-RAO<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR CLARIFICATION OF THE COURT'S ORDER REGARDING DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT WITH PREJUDICE [79] |

This matter comes before the Court on Plaintiff's November 25, 2025, Unopposed Motion for Clarification of the Court's Order Regarding Defendants' Motion to Dismiss Consolidated Complaint with Prejudice (Dkt. No. 79 (the "Motion")).  Having reviewed Plaintiff's Motion, and good cause appearing, the Court hereby **GRANTS** Plaintiff's Motion.  An Amended Order re: Defendants' Motion to Dismiss Consolidated Complaint with Prejudice shall be issued concurrently herewith which supersedes the original order re Defendant's Motion to Dismiss (Dkt. No. 77).

**IT IS SO ORDERED.**

DATED:  December 2, 2025

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

- 1 -