KIRKLAND & ELLIS LLP
Austin Norris (SBN 284603)
austin.norris@kirkland.com
Edward Hillenbrand (SBN 310872)
edward.hillenbrand@kirkland.com
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

Stefan H. Atkinson, P.C. (admitted *pro hac vice*)
stefan.atkinson@kirkland.com
Jordan D. Peterson, P.C. (admitted *pro hac vice*)
jordan.peterson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for WEBTOON and the Individual Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COY BROOKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WEBTOON ENTERTAINMENT INC., et al.,<br><br>Defendants. | Case No. 2:24-cv-07553-CBM-RAO<br><br>CLASS ACTION<br><br>**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715** |

Pursuant to Paragraph 21 of the Stipulation and Agreement of Settlement (ECF No. 104), Defendants WEBTOON Entertainment Inc., Junkoo Kim, David J. Lee, Haejin Lee, Namsun Kim, Jun Masuda, Isabelle Winkles, and Nancy Dubuc (the "WEBTOON Defendants"), hereby notify the Court that, on August 14, 2026, notice of the proposed class action settlement in this case was sent to the United States Attorney General and to the appropriate state officials pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715.

Concurrently filed is the Declaration of Edward Hillenbrand Regarding Compliance with CAFA. The declaration details the actions taken by Kirkland & Ellis LLP on behalf of the WEBTOON Defendants to comply with the CAFA requirements and attaches a true and correct copy of the CAFA notice mailed to the Attorney General of the United States. The other CAFA Notices differed only in address information.

DATED: August 18, 2026

KIRKLAND & ELLIS LLP

*/s/ Edward Hillenbrand*

KIRKLAND & ELLIS LLP
Austin Norris (SBN 284603)
austin.norris@kirkland.com
Edward Hillenbrand (SBN 310872)
edward.hillenbrand@kirkland.com
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

Stefan H. Atkinson, P.C. (admitted *pro hac vice*)
stefan.atkinson@kirkland.com
Jordan D. Peterson, P.C. (admitted *pro hac vice*)
jordan.peterson@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

*Attorneys for WEBTOON and the Individual Defendants*