ROBBINS GELLER RUDMAN
& DOWD LLP
ELLEN GUSIKOFF STEWART (144892)
DEBRA J. WYMAN (190812)
ROBERT R. HENSSLER JR. (216165)
JOSEPH J. TULL (339956)
RACHEL C. BRABY (356720)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
debraw@rgrdlaw.com
bhenssler@rgrdlaw.com
jtull@rgrdlaw.com
rbraby@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| COY BROOKMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WEBTOON ENTERTAINMENT INC., et al.,<br><br>Defendants. | Case No. 2:24-cv-07553-CBM-RAO<br><br><u>CLASS ACTION</u><br><br>NOTICE OF MOTION AND LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION<br><br>DATE: December 1, 2026<br>TIME: 10:00 a.m.<br>CTRM: 8D<br>JUDGE: Hon. Consuelo B. Marshall |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on December 1, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Consuelo B. Marshall in the United States District Court for the Central District of California, in the Felicitas and Gonzalo Mendez United States Courthouse, Courtroom 8D, located at 350 W. 1st Street, Los Angeles, California 90012, Lead Plaintiff Dr. Byung-Gon Sung ("Lead Plaintiff"), on behalf of the Settlement Class, will and hereby does move the Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for orders: (i) granting final approval of the proposed Settlement set forth in the Stipulation and Agreement of Settlement, filed with the Court on August 7, 2026 (ECF 104) ("Stipulation"); (ii) granting certification of the Settlement Class for settlement purposes; and (iii) approving the proposed plan for allocating the net proceeds of the Settlement to the Settlement Class ("Plan of Allocation").

This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the accompanying Declaration of Declaration of Debra J. Wyman and exhibits attached thereto, the Stipulation, and the papers and pleadings filed in the above-captioned action, the arguments of counsel, and any other matters properly before the Court.

Lead Counsel is not aware of any opposition to the motion. Pursuant to the Court's August 14, 2026 Order Preliminarily Approving Settlement and Providing for Notice (ECF 106), any objections to the Settlement and/or Plan of Allocation must be received by November 10, 2026. Proposed orders granting relief requested herein will be submitted with Lead Plaintiff's reply submission on November 24, 2026, after the deadline for objections has passed.

Pursuant to Local Rule 7-3, Lead Counsel has conferred with counsel for Defendants. Defendants do not oppose this motion.

DATED: October 27, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
ELLEN GUSIKOFF STEWART
DEBRA J. WYMAN
ROBERT R. HENSSLER JR.
JOSEPH J. TULL
RACHEL C. BRABY

*s/ Debra J. Wyman*
DEBRA J. WYMAN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
debraw@rgrdlaw.com
bhenssler@rgrdlaw.com
jtull@rgrdlaw.com
rbraby@rgrdlaw.com

Lead Counsel for Lead Plaintiff